UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

A.F.,

      **Plaintiff,**                    Civil Action No. 2:23-cv-1241

  v.                                  JUDGE EDMUND A. SARGUS, JR.

                                        Magistrate Judge Elizabeth P. Deavers

**ASSOCIATION OF AMERICAN**
**MEDICAL COLLEGES,**

      **Defendants.**

## ORDER

On April 7, 2023, this matter came before the Court for a telephone conference pursuant to Local Rule 65.1 on Plaintiff's Motion for Temporary Restraining Order (ECF No. 1-1). All parties were represented at the telephone conference. As a result of the conference, the Court establishes the following:

1. A temporary restraining order hearing is scheduled for **April 25, 2023 at 9:00 a.m.** The Court will issue a notice for this hearing.

2. The parties have agreed to an expedited discovery schedule. Plaintiff's counsel will issue discovery requests by April 10, 2023, and Defendant shall provide its responses by April 17, 2023.

3. The parties have agreed to an expedited briefing schedule. By April 12, 2023, Plaintiff shall file its brief justifying why the Court should permit Plaintiff to proceed under a pseudonym. Defendant shall have until April 19, 2023 to respond. Defendant shall file its brief responding to Plaintiff's motion for a temporary restraining order by April 14, 2023. Plaintiff shall have until April 21, 2023 to file a response.

4. The Court will hold another telephone conference on **April 19, 2023 at 2:00 p.m.** The Court will issue a notice for this conference.

5. For the filing of a document or motion under seal, the party wishing to file such document or motion must file a Motion to Temporarily Seal at least two business days prior to filing the underlying document or motion, and email a courtesy copy of the Motion to

Temporarily Seal to chambers (Sargus_Chambers@ohsd.uscourts.gov). The Motion to Temporarily Seal shall contain a brief statement that the underlying document or motion is being filed under seal pursuant to this Order, and that it will be temporarily sealed for a period of 7 days to allow an opportunity for judicial review. After the Court grants the Motion to Temporarily Seal, the Clerk shall accept filing of the underlying document or motion under seal. Within 7 days of electronic service of the Motion to Temporarily Seal, the same party may then file a Motion to Seal the underlying document or motion. The underlying document or motion is to remain conditionally under seal until the Court rules on the Motion to Seal. The parties are reminded, however, that the burden of overcoming the "strong presumption in favor of openness" of court records is a heavy one: "'Only the most compelling reasons can justify non-disclosure of judicial records.'" *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 305 (6th Cir. 2016) (quoting *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 476 (6th Cir. 1983)). The seal itself must be "narrowly tailored to serve that reason" and the party seeking to file under seal must "'analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Shane Grp.,* 825 F.3d at 305–06 (quoting *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 548 (7th Cir. 2002). Accordingly, any party that files a Motion to Seal must provide "'a compelling reason' to do so and demonstrate that the seal is 'narrowly tailored to serve that reason.'" *In re Nat'l Prescription Opiate Litig*.), 927 F.3d 919, 940 (6th Cir. 2019) (quoting *Shane Grp.*, 825 F.3d at 305).

**IT IS SO ORDERED.**

**4/10/2023**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**