IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**A.F. ,**

        **Plaintiff,**           <u>NOTICE</u>

v.           **Case No. 2:23-cv-1241**

         **JUDGE SARGUS, JR.**

**ASSOCIATION OF AMERICAN MEDICAL COLLEGES,**

        **Defendants.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard         **April 19, 2023 at 2:00 P.M.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Conference**

    **TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 19, 2023 at 2:00 p.m.**  The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 1241**.**

                                          **EDMUND A. SARGUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**

DATE:  April 10, 2023

                                              /s /   Christin M. Werner
                                          (By) Christin M. Werner, Deputy Clerk