IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**A.F. ,**

        **Plaintiff,**           NOTICE

v.          Case No. 2:23-cv-1241
         **JUDGE SARGUS, JR.**

**ASSOCIATION OF AMERICAN
MEDICAL COLLEGES,**

        **Defendants.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
      Joseph P. Kinneary U.S. Courthouse     **Courtroom Number 311**
      85 Marconi Boulevard     **April 25, 2023 at 9:00 A.M.**
      Columbus, Ohio 43215

TYPE OF PROCEEDING: **Temporary Restraining Order Hearing**

                                    **EDMUND A. SARGUS, JR.
                                    UNITED STATES DISTRICT JUDGE**

DATE:  April 10, 2023

                                        _/s /   Christin M. Werner_____
                                      (By) Christin M. Werner, Deputy Clerk