UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A.F., | : | |
| | : | |
|    Plaintiff, | : | Case No. 2:23-cv-01241 |
| | : | |
|    v. | : | Judge Edmund A. Sargus |
| | : | |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, | : : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
|    Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.3(e) and 84.4(a), Erin D. French, trial attorney for Defendant Association of American Medical Colleges ("AAMC") in the above-referenced action, hereby moves the Court to admit Robert A. Burgoyne, *pro hac vice* to appear as co-counsel for AAMC.

Movant represents that Mr. Burgoyne is a member in good standing of the District of Columbia Bar, as attested to by the accompanying certificate of good standing from the highest court in the District of Columbia, attached hereto as **Exhibit A**, and that Mr. Burgoyne is not eligible to become a member of the permanent bar of this Court.

Mr. Burgoyne understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.  This Motion is accompanied by the relevant filing fee.  Mr. Burgoyne's relevant identifying information is as follows:

   Robert A. Burgoyne
   PERKINS COIE LLP
   700 Thirteenth Street, N.W., Suite 800
   Washington, DC 20005-3960
   202-654-1744
   rburgoyne@perkinscoie.com

2

WHEREFORE, movant respectfully requests that this Court admit Mr. Burgoyne *pro hac vice* to appear before this court and participate in this case.

Dated: April 13, 2023

Respectfully submitted,

/s/ *Erin D. French*
Erin D. French (0090813), Trial Attorney
VORYS, SATER, SEYMOUR AND PEASE LLP
301 E. Fourth Street, Suite 3500
Cincinnati, OH 45202
513-723-4022
edfrench@vorys.com

*Counsel for Defendant*
*Association of American Medical Colleges*