IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A.F., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATION OF AMERICAN MEDICAL COLLEGES, <br><br> Defendant. | Case No.: 2:23-cv-01241 <br> Judge: Hon. Edmund A. Sargus, Jr. <br> Mag. Judge: Hon. Elizabeth Preston Deavers |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF:**

**DEFENDANT ASSOCIATION OF AMERICAN MEDICAL COLLEGES' OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Defendant Association of American Medical Colleges hereby gives notice of filing the following exhibits in support of its Opposition to Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction:

1. Exhibit 1: Declaration of Kathryn Bugbee and Exhibits A-P.

2. Exhibit 2: Declaration of Joseph Bernier, Ph.D. and Exhibits A-B.

3. Exhibit 3: Linkedin page for A.F.

4. Exhibit 4: Excerpts from Diagnostic and Statistical Manual of Mental Disorder (5th ed.)

The foregoing exhibits contain redactions in light of Plaintiff's pending Motion to Proceed Pseudonymously. (ECF Do. 9).

Dated: April 14, 2023 				Respectfully submitted,

*/s/ Erin D. French*
Erin D. French (0090813)
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Robert A. Burgoyne
(*pro hac vice* application pending)
PERKINS COIE LLP
700 Thirteenth Street, N.W. Suite 800
Washington, D.C. 20005-3960
Phone: 202-654-1744
Email: RBurgoyne@perkinscoie.com

Counsel for Association of American Medical Colleges