# EXHIBIT 3

**Linked in**     Discover | People | Learning | Jobs | Join now | Sign in



**A.F.**
Student at Duke University
Durham, North Carolina, United States
624 followers · 500+ connections

Duke Center for Autism & Brain Development / Duke Autism...

Duke University

Join to follow

## Experience

 **Research Assistant**
Duke Center for Autism & Brain Development / Duke Autism Center of Excellence
Aug 2020 - Present · 2 years 9 months

 **Duke University**
1 year 9 months

**Academic Resource Center: Biochemistry Peer Educator - STEM Advancement through Group Engagement**
Jul 2022 - Present · 10 months

**Office of Student Conduct and Community Standards: Community Conduct Intern**
Jul 2022 - Present · 10 months

**Office of Student Conduct and Community Standards: Disciplinary Advisor**
Aug 2021 - Jul 2022 · 1 year

 **Research Assistant**
Duke Cancer Institute
Aug 2022 - Present · 9 months
Bass Connections: Promoting Sexual Function and Pelvic Health in Women's Healthcare

 **Medical Director Intern**
Ohio Department of Mental Health & Addiction Services
Jun 2022 - Aug 2022 · 3 months

 **Summer Fellow**
The Columbus Foundation
Jun 2021 - Aug 2021 · 3 months
Columbus, Ohio, United States

## Education

 **Duke University**
Bachelor of Science - Psychology; Chemistry Minor
2019 - 2023
Phi Beta Kappa

 **Columbus School for Girls**
High School Diploma
2004 - 2019

### People also viewed

**Isabella Swigart**
Incoming Associate @ BCG | Stats @ Duke
McLean, VA

**Bella Liu**
Costanzo Teaching Fellow and Student at Duke University
New York City Metropolitan Area

**Maya Yelle**
Student at Duke University | Psychology Major, Global Health Minor
United States

**Ben Smith**
Undergraduate Student at Duke University
Winston-Salem, NC

**Cosette Persall**
Student at Florida Southern College
Dublin, OH

**Luiza Vianna**
Economics and MMS at Duke
Durham, NC

**Chloe Williams**
Junior at Duke University Majoring in Psychology & Minoring in Neuroscience and Global Health
Fruita, CO

**Spandan Goel**
Student at Duke University | Psychology, Pre-Medical
Greensboro, NC

**William Milhizer**
Chemistry Student at Duke University
Durham, NC

**Marie-Hélène Tomé**
Mathematics & CS @ Duke | Teaching Assistant @ Duke
New York, NY

Show more profiles ∨

 **Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

### 's public profile badge

Include this LinkedIn profile on other websites

 **A.F.**
Student at Duke University

Research Assistant at Duke Center for Autism & Brain Development / Duke Autism Center of Excellence

    

## Volunteer Experience

 **Volunteer**
Duke Center for Girls & Women with ADHD
Jan 2022

 **Volunteer**
Duke HomeCare & Hospice
Dec 2022 - Present · 5 months

 **First Year Advisory Council**
Duke University
Aug 2022 - Aug 2022 · 1 month
Education

 **Advisor for Post-Secondary Planning**
Durham Children's Initiative (DCI)
Aug 2020 - May 2022 · 1 year 10 months

## Honors & Awards

**Phi Beta Kappa**
Duke University
Mar 2023

**Dean's List with Distinction**
Duke University
Dec 2022
2019-2022: Earned a Fall and Spring semester grade point average in the highest 10 percent of all Duke undergraduates.

**Student Marshal**
Duke University
May 2022
Selectively chosen by dean and Duke's President as a member of the Class of 2023 with an exceptional academic record to represent Class of 2023 during the 2022 Commencement Weekend and 2022 Convocation.

**Science Cup**
Columbus School for Girls
May 2019
Awarded to senior who best reflects excellence in the sciences (2019).

**AP Calculus BC Stott Award**
Columbus School for Girls
May 2018

**Outstanding Physics Student of the Year**
American Association of Physics Teachers
May 2018

**Outstanding Physics Student of the Year**
American Association of Physics Teachers
May 2017

## Languages

**Spanish**
Limited working proficiency

    

Discover   People   Learning   Jobs   Join now   Sign in

## Organizations

**Duke Consulting Club**
Aug 2022 – Present

**Duke Association for Business Oriented Women**
Sep 2020 – Present

**Alpha Phi**
Vice President — New Member Education
Jan 2020 – Present

View **A.F.**'s full profile

- See who you know in common
- Get introduced
- Contact **A.F.** directly

Join to view full profile

LinkedIn © 2023   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language