UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

A.F.,

      **Plaintiff,**                                               **Civil Action No. 2:23-cv-1241**

   v.                                                        **JUDGE EDMUND A. SARGUS, JR.**
                                                                **Magistrate Judge Elizabeth P. Deavers**

**ASSOCIATION OF AMERICAN**
**MEDICAL COLLEGES,**

      **Defendants.**

## ORDER

On April 19, 2023, the Court held a telephone status conference; all parties were represented at the telephone conference. For the reasons stated on the record, the Court hereby **ORDERS** the following:

1. Plaintiff's unopposed Motion to Continue the Temporary Restraining Order Hearing is **GRANTED**. (ECF No. 14.) The Court moves the Temporary Restraining Order Hearing to **June 2, 2023, at 9:00 a.m.**

2. The parties have agreed to amend the discovery schedule. Plaintiff shall provide its responses to Defendant's discovery requests by **April 28, 2023**.

3. The parties have agreed to amend the briefing schedule. Plaintiff shall file her response to Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction on or before **May 5, 2023**.

4. The Court will hold another telephone conference on **May 24, 2023, at 2:00 p.m.** The Court will issue a notice for this conference.

      **IT IS SO ORDERED.**


**4/19/2023**                                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                               **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**