# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

A.F.,

          **Plaintiff,**            **NOTICE**

v.                                           Case No. 2:23-cv-1241
                                            JUDGE SARGUS, JR.

**ASSOCIATION OF AMERICAN**
**MEDICAL COLLEGES,**

          **Defendants.**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
         Joseph P. Kinneary U.S. Courthouse   **Courtroom Number 311**
         85 Marconi Boulevard                       **June 2, 2023 at 9:00 A.M.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Temporary Restraining Order**

                                                        **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**

DATE:   April 19, 2023

                                                          /s /   Christin M. Werner
                                                         (By) Christin M. Werner, Deputy Clerk