# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

A.F.,

        **Plaintiff,**          **NOTICE**

v.          Case No. 2:23-cv-1241

        JUDGE SARGUS, JR.

**ASSOCIATION OF AMERICAN MEDICAL COLLEGES,**

        **Defendants.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**May 24, 2023 at 2:00 P.M.**

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **May 24, 2023 at 2:00 p.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 1241.

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**

DATE: April 19, 2023

        /s/ Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk