# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| A.F., | : | CASE NO.: 2:23-cv-01241 |
| | : | |
| Plaintiff, | : | JUDGE SARGUS |
| | : | |
| vs. | : | MAGISTRATE JUDGE |
| | : | |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES | : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF A.F.'S NOTICE OF FILING OF EXHIBITS IN SUPPORT OF HER REPLY BRIEF FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Now comes Plaintiff A.F., by and through her counsel David A. Goldstein Co., L.P.A., and hereby gives notice of the filing of the following exhibits in support of her Reply Brief for a Temporary Restraining Order and/or a Preliminary Injunction:

1. Exhibit A: Declaration of A.F. and Exhibit 1.

2. Exhibit B: Declaration of William Benninger, PH.D. and Exhibits 1-4.

3. Exhibit C: Declaration of Kathleen Costlow, MD, and Exhibits 1-3.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street
Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
E-mail: dgoldstein@dgoldsteinlaw.com
*Trial Attorney for Plaintiff A.F.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent via Electronic Mail this 5th  day of May 2023 to:

Erin D. French (0090813)
Vorys, Sater, Seymour, and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Robert A. Burgoyne
(*pro hac vice* application forthcoming)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 800
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant AAMC

*/s/ David A. Goldstein*_____
**DAVID A. GOLDSTEIN (0064461)**