IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A.F., | : | CASE NO.: 2:23-cv-01241 |
| Plaintiff, | : | JUDGE SARGUS |
| vs. | : | MAGISTRATE JUDGE |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES | : | |
| Defendants. | : | |

### DECLARATION OF KATHLEEN COSTLOW, M.D.

I, Kathleen Costlow, declare the following under penalty of perjury:

1. I am over 18 years of age and otherwise competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as Exhibit 1 is a true and accurate copy of my curriculum vitae.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a letter in support of the extra time accommodation for A.F. All of my statements set forth in this letter are to a reasonable degree of certainty. (Personal identifiers have been redacted).

4. Attached hereto as Exhibit 3 is a true and accurate copy of two letters I sent to Duke University requesting accommodations for A.F. based on her diagnosis of anxiety and depression.

5. Based upon my education, experience, and training, as well as my evaluation and treatment of A.F., I can reasonably state to a degree of medical certainty A.F. suffers from Depressive Disorder and Anxiety Disorder.

6. Based upon my education, experience, and training, as well as my evaluation and testing of A.F., I can reasonably state to a degree of medical certainty A.F. has significant functional difficulties associated with her anxiety which impairs her ability to read, concentrate,, and answer questions. This disability substantially limits her ability to read, retain what she reads and concentrate as compared to most people in the general public.

7. Based upon my education, experience, and training, as well as my evaluation and testing of A.F., I can reasonably state to a degree of medical certainty A.F. must

       be provided the "extra time" accommodation due to her disability referenced above.

8. Based upon my understanding that the accommodation has been denied and the impact on A.F. and her ability to apply to medical schools, I can state to a reasonable degree of medical certainty that her ADHD, anxiety, and depression will be aggravated and/or made worse without the accommodation.

9. A.F.'s academic success and success outside of school have no bearing on her need for the "extra time" accommodation.

I declare under penalty of perjury that the foregoing is true and correct.

                                           *K Costlow*

                                           Kathleen Costlow

# KATHLEEN A. COSTLOW, MD

Phone: 614-214-9233  
youremail@companysite.com

13040 Havens Corners Rd  
Pataskala, OH 43062

## SUMMARY

ADEPT MEDICAL DOCTOR WITH TWENTY-ONE YEARS OF EXPERIENCE IN PEDIATRICS. DEDICATES STRONG FOCUS IN PATIENT CARE WITH EXEMPLARY LISTENING SKILLS ADDRESSING PATIENT CONCERNS AND ANSWERING ALL QUESTIONS IN A PROFESSIONAL MANNER THE PATIENT/PARENT WILL UNDERSTAND. DEMONSTRATES COMPASSION AND UTILIZES INTERPERSONAL SKILLS TO FEEL CONNECTED WITH FAMILIES. DEMONSTRATES A STRONG REPORT WITH COLLEAGUES AND STAFF THROUGH OPEN COMMUNICATION AND STRONG LEADERSHIP.

## EDUCATION

**Undergraduate:** Bethany College  
    Bethany, WV  
    Degree: BS Biology  
September 1990-May 1994

**MD**   Wright State University SOM  
    Dayton, OH  
    Degree: MD  
August 1994-June 1998

**Residency:** Wright State University Integrated  
    Pediatric Residency Program  
    Dayton, OH  
July 1998-July 2001

**Chief Residency:** Chief Resident  
    Wright State University Integrated  
    Dayton, OH  
July 2001-June 2002

## Work Experience

July 2002 to Current: Central Ohio Primary Care  
    Pediatric & Adolescent Practitioners – Gahanna, OH  
    Practice Physician Manager

July 2001 to June 2002: Staff Physician for Children's Medical Services Inc.  
    Provided professional services within the Emergency Department and Urgent Care Units

Kathleen A. Costlow, MD

# KATHLEEN A. COSTLOW, MD

Licensure Eams

License: OHIO

Certification: American Board of Pediatrics
Pediatric Life Support
Neonatal Resuscitation

Licensure Exam: United States Medical Licensure Exams steps 1,2,3

Community Service

Educational Service:
Camp physicians and chief physicians for Dayton area Diabetes Association summer camps
Staff attending for Inpatient Pediatrics

Kathleen A. Costlow, MD

**COPC Pediatric & Adolescent Practitioners**

Benjamin Almasanu, DO
Kathleen Costlow, MD
Lorna Donovan, MD

Nicholas Eastman, MD
Andrew Korcal, MD
Jennifer Overbey, MD



CENTRAL OHIO
**PRIMARY CARE**

1085 Beecher Crossing North
Gahanna, OH 43230
Office: 614-741-8300
Fax: (614) 741-8271
www.copcp.com

Date: April 18, 2023

Regarding: ▮▮▮▮▮▮▮▮▮▮▮▮▮

To Whom It May Concern,

▮▮▮▮▮▮▮▮▮▮▮▮ was a patient in my pediatric practice from birth until age 21. In April of 2017 I diagnosed ▮▮▮▮ with anxiety. ▮▮▮▮ presented with symptoms of constant worrying, poor sleep, significant emotional lability, difficulty concentrating, difficulty staying on task and prolonged time needed to complete academic tasks as compared to her peers. It is known that symptoms of anxiety, depression and ADHD can overlap. Anxiety and ADHD are also commonly found to be comorbid disorders in patients. It has been established in literature that when both anxiety and ADHD exist in a patient that attempting to treat the ADHD with medication can increase anxiety symptoms and it is recommended that the anxiety is stabilized before addressing ADHD. Therefore, at that time we proceeded to treat ▮▮▮▮ anxiety. As with any psychological disorder, in addition to pharmaceutical management/intervention for condition, behavioral intervention is also recommended. This can involve a variety of accommodations some of which address test taking and extended test time. I will defer to the specifics given by my colleague Dr. William Benninger in his letter to you as to the reasons behind this with regards to ▮▮▮▮ ADHD. With regards to her anxiety, it can lead her to have to re-read questions/answers and review her work/response more often that her average peers. Her anxiety can be distracting to her current task and can cause her to need more time to complete it, including testing. ▮▮▮▮ high school informally put measures in place to help her succeed including increase in testing time. As she went on to college, academic accommodations were made for her upon my recommendation so that ▮▮▮▮ could continue to succeed academically. While ▮▮▮▮ performance may not reflect her difficulties associated with anxiety and ADHD, I assure you these difficulties play a significant role in her academic life. Her ability to succeed has been multifactorial. ▮▮▮▮ herself is a determined individual who is academically driven. This characteristic along with an excellent support system and accommodations for her disability has resulted in her academic success. To paraphrase a notation on the ADA website, a person who is academically successful can still have a disability and is still entitled to receive accommodations under the ADA. ▮▮▮▮ has both ADHD and anxiety and I highly recommend that she is granted the accommodation of extended time to take the MCAT.

Please feel free to contact me with any questions.

Sincerely,

*K Costlow* (signature)

Kathleen A. Costlow, MD

**COPC Pediatric & Adolescent Practitioners**
1085 Beecher Crossing North
Gahanna, Ohio 43230
614-741-8300

**COPC Pediatric & Adolescent Practitioners**

Benjamin P Almasanu, DO  
Kathleen A Costlow, MD  
Virginia K deVerteuil, MD  
Lorne F Donovan, MD  
Ranee M Jostpille, MD  
Andrew S Korcal, MD



**CENTRAL OHIO**  
**PRIMARY CARE**

1085 Beecher Crossing North  
Gahanna, OH 43230  
Office: (614) 741-8300  
Fax: (614) 741-8271  
www.copcp.com

Date: March 26, 2021

Regarding: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

To Whom it May Concern,

My name is Kathleen Costlow and I am the primary care physician for ▓▓▓▓▓▓▓▓. I took over care for ▓▓▓▓▓▓ in the fall of 2008 after the retirement of my partner and have gotten to know her well over the last 12+ years. ▓▓▓▓▓▓▓ is currently under my care for anxiety. Given current circumstances with the pandemic and atypical academic environments children and adolescents are experiencing, resulting in increased anxiety symptoms in many. It is my recommendation that ▓▓▓▓▓▓ have a single room in a chosen area near her friends to help her succeed for the 2021/2022 school year. This would be another measure of support for ▓▓▓▓▓▓ to help her with managing her anxiety.

Thank you for your assistance in this matter.

Sincerely,

*K Costlow MD*

Kathleen A. Costlow, MD

**COPC Pediatric & Adolescent Practitioners**  
1085 Beecher Crossing North  
Gahanna, Ohio 43230  
614-741-8300

**COPC Pediatric & Adolescent Practitioners**

Benjamin P Almasanu, DO
Kathleen A Costlow, MD
Virginia K deVerteuil, MD
Lorna F Donovan, MD
Renee M Jostpille, MD
Andrew S Korcal, MD



CENTRAL OHIO℠ PRIMARY CARE

1085 Beecher Crossing North
Gahanna, OH 43230
Office: (614) 741-8300
Fax: (614) 741-8271
www.copcp.com

Date: April 12, 2021

Regarding: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

To Whom it May Concern,

My name is Kathleen Costlow and I am the primary care physician for ▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇▇▇ is currently under my care for anxiety and depression. Given current circumstances with atypical academic environments, I'm recommending that ▇▇▇▇▇▇ have extended test taking time. I believe ▇▇▇▇▇▇ would greatly benefit from this for her to succeed in her academics.

Thank you for your assistance in this matter.

Sincerely,

*K Costlow, MD*

Kathleen A. Costlow, MD

**COPC Pediatric & Adolescent Practitioners**
**1085 Beecher Crossing North**
**Gahanna, Ohio 43230**
**614-741-8300**