# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

A.F.,

        **Plaintiff,**　　　　　　　　　　**NOTICE**

v.　　　　　　　　　　　　　　　　　　　　Case No. 2:23-cv-1241

　　　　　　　　　　　　　　　　　　　　　**JUDGE SARGUS, JR.**

**ASSOCIATION OF AMERICAN MEDICAL COLLEGES,**

        **Defendants.**

　　**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:　United States District Court
　　　　Joseph P. Kinneary U.S. Courthouse
　　　　85 Marconi Boulevard　　　　**May 31, 2023 at 2:00 P.M.**
　　　　Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Conference**

　　**TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **May 31, 2023 at 2:00 p.m.**  The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 1241.

　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

DATE:　May 24, 2023

　　　　　　　　　　　　　　　　 /s /   Christin M. Werner
　　　　　　　　　　　　　　　　(By) Christin M. Werner, Deputy Clerk