**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **A.F.,** | |
|       **Plaintiff,** | Civil Action No. 2:23-cv-1241 |
|       v. | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Elizabeth P. Deavers** |
| **ASSOCIATION OF AMERICAN MEDICAL COLLEGES,** | |
|       **Defendant.** | |

## ORDER

On May 31, 2023, the Court held a telephone status conference; all parties were represented at the telephone conference. For the reasons stated on the record, the Court hereby **ORDERS** the following:

1. The Temporary Restraining Order Hearing scheduled for June 2, 2023, is hereby **VACATED**.

2. The parties have agreed to the following supplemental briefing schedule: Plaintiff will file her supplemental brief on or before **Monday, June 5, 2023**. Defendant shall file its response to Plaintiff's supplemental brief on or before **Friday, June 9, 2023**.

**IT IS SO ORDERED.**

**5/31/2023**                        **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                         **UNITED STATES DISTRICT JUDGE**