**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **A.F.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:23-cv-01241** |
| | : | |
| **v.** | : | **Judge Edmund A. Sargus** |
| | : | |
| **ASSOCIATION OF AMERICAN** | : | **Magistrate Judge Elizabeth Preston** |
| **MEDICAL COLLEGES,** | : | **Deavers** |
| | : | |
| **Defendant.** | : | |

---

**NOTICE OF FILING EXHIBITS IN SUPPORT OF:**

**DEFENDANT ASSOCIATION OF AMERICAN MEDICAL COLLEGES'**
**SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A**
**TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

---

Defendant Association of American Medical Colleges hereby gives notice of filing the following exhibits in support of its Supplemental Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction:

1.      Exhibit 1: Declaration of Allyson G. Harrison, Ph.D. and Exhibits A-B.

2.      Exhibit 2: Declaration of Mark S. Greenberg, Ph.D. and Exhibits A-B.

3.      Exhibit 3: Declaration of Erin D. French, Esq. and Exhibits A-I.

The foregoing exhibits contain redactions in light of Plaintiff's pending Motion to Proceed Pseudonymously. (ECF Do. 9).

Dated: June 9, 2023

Respectfully submitted,

*/s/ Erin D. French*
Erin D. French (0090813)
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Robert A. Burgoyne (admitted *pro hac vice*)
PERKINS COIE LLP
700 Thirteenth Street, N.W. Suite 800
Washington, D.C.  20005-3960
Phone:  202-654-1744
Email: RBurgoyne@perkinscoie.com

Counsel for Association of American Medical
Colleges

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document was electronically filed on June 9, 2023, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff.

s/ *Erin D. French*
Erin D. French

Counsel for Defendant AAMC