# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

A.F.,

    Plaintiff(s), :

        Case No. 2:23-cv-1241

v. : Judge Edmund A. Sargus, Jr.
        Magistrate Judge Elizabeth Preston Deavers

ASSOCIATION OF AMERICAN :
MEDICAL COLLEGES,

    Defendant(s).

## ORDER

For good cause shown, the Court hereby **GRANTS** the Joint Motion to Reschedule the Preliminary Pretrial Conference, currently scheduled for July 11, 2023, at 11:00 AM. (ECF No. 30.) The conference will instead be held on **AUGUST 17, 2023,** at **10:30 AM**. The parties are directed to call 1-877-336-1280, enter access code 7598806#, followed by security code 1234#.

The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only**)**.

    IT IS SO ORDERED.

**DATE: July 5, 2023**                      */s/ Elizabeth A. Preston Deavers*
                                               **ELIZABETH A. PRESTON DEAVERS**
                                               **UNITED STATES MAGISTRATE JUDGE**