## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| A.F., | : | CASE NO.: 2:23-cv-01241 |
| | : | |
| Plaintiff, | : | JUDGE SARGUS |
| | : | |
| vs. | : | MAGISTRATE JUDGE |
| | : | |
| ASSOCIATION OF AMERICAN | : | |
| MEDICAL COLLEGES | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION OF ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August ____, 2023.

_____
JUDGE SARGUS
UNITED STATES DISTRICT COURT

So Stipulated:

| | |
|---|---|
| */s/ David A. Goldstein* | */s/ Robert A. Burgoyne* |
| **DAVID A. GOLDSTEIN (0064461)** | **Robert A. Burgoyne** |
| DAVID A. GOLDSTEIN CO., L.P.A. | Perkins Coie LLP |
| 511 South High Street | 700 Thirteenth Street, N.W. Suite 800 |
| Suite 200 | Washington, D.C. 20005-3960 |
| Columbus, Ohio 43215 | Phone: 202-654-1744 |
| (614) 222-1889 | RBurgoyne@perkinscoie.com |
| (614) 222-1899 (Fax) | Counsel for Defendant AAMC |
| E-mail: dgoldstein@dgoldsteinlaw.co | |
| *Trial Attorney for Plaintiff A.F.* | |